IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-204-RJC
(3:11-cr-104-RJC-1)

| | |
|---|---|
| ROBERT BOVE, ) | |
| Petitioner, ) | |
| v. ) | **ORDER** |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on an consideration of Petitioner's pro se Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255, (Doc. No. 1).

According to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court must promptly examine the Motion, any attached exhibits and the record of the prior proceedings and determine whether it plainly appears that the Petitioner is entitled to any relief. The Court has conducted its initial review and finds that the United States should file an Answer, or other Response to the Section 2255 Motion.

**IT IS, THEREFORE, ORDERED** that the Government shall file an Answer, Motion or other Response to Petitioner's Section 2255 Motion within 60-days from entry of this Order.

**IT IS SO ORDERED.**

Signed: May 19, 2015

Robert J. Conrad, Jr.
United States District Judge