IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-204-RJC
(3:11-cr-204-RJC-1)

| | |
|---|---|
| ROBERT BOVE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on consideration of Petitioner's motion to strike his amended motion to vacate which he contends was filed in error. (Doc. No. 5). For the reasons stated by Petitioner, the motion to strike will be granted.

**IT IS, THEREFORE, ORDERED** that Petitioner's motion to strike the amended motion to vacate is **GRANTED**. (Doc. No. 5).

**IT IS SO ORDERED.**

Signed: July 8, 2015

Robert J. Conrad, Jr.
United States District Judge